| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Amon, Carol B. | 2. Court or Organization<br><br>U.S. District Court, E.D.N.Y. | 3. Date of Report<br><br>10/26/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>**to**<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza East<br>Room 9085<br>Brooklyn, NY 11201 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/2002 | Law Office of Thomas G. Amon - Chase Manhattan Bank Defined Benefit Pension Plan |
| 2. 1/1/2002 | Law Office of Thomas G. Amon - Chase Manhattan Bank Defined Benefit Profit-Sharing Plan |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed attorney - law partnership distributions |
| 2. | 2018 | Law Office Thomas G. Amon - Non-investment Income Pension Plan |
| 3. | 2018 | Law Office Thomas G. Amon - Non-investment Income Profit-sharing Plan |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University Schoolof Law | March 14 - 16, 2018 | Malibu, California | Lecturer - Byrne Clerk'sInstitute | Transportation, lodging and meals |
| 2. | Federal Bar Council | May 2, 2018 | New York, NY | Law Day Dinner | Meals |
| 3. | University of Virginia | April 10 - 11, 2018 | Charlottesville, VA | Lile Moot Court | Transportation, lodging and meals |
| 4. | E.D.N.Y. Association | February 8, 2018 | New York, NY | Annual Dinner | Meals |
| 5. | George Mason University(Antonin Scalia School ofLaw) | January 25 - 26, 2018 | Arlington, VA | 1st Amendment Conference | Meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Amon, Carol B.** | 10/26/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Passumpic Bank | Mortgage of rental property - Newport, VT - Rental income generated in 2018 | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA Accts Citibank, B'klyn, NY (See VIII) | C | Dividend | M | T | | | | | |
| 2. Law Partnership, Cap Acct. | | None | M | T | | | | | |
| 3. Citibank N.A., Money Market | B | Interest | M | T | | | | | |
| 4. Merrill Lynch CMA Account (See VIII) | | | | | | | | | |
| 5. Invesco/Midcap Growth | A | Dividend | J | T | | | | | |
| 6. Fidelity Ad. Equity Growth | A | Dividend | K | T | | | | | |
| 7. Fidelty Ad. Tech Fund | A | Dividend | J | T | | | | | |
| 8. MFS Moderate Allocation | B | Dividend | N | T | | | | | |
| 9. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 10. 1919 Financial Services Fund Class C | A | Dividend | J | T | Buy | 02/15/18 | J | A | |
| 11. ClearBridge Large Cap | A | Dividend | J | T | Buy | 02/15/18 | J | A | |
| 12. Chase Select Checking | B | Interest | M | T | | | | | |
| 13. Passumpsic Bank (See VIII) | A | Interest | J | T | | | | | |
| 14. Encore Networks, Inc. (See VIII) | | None | M | T | | | | | |
| 15. Rental Property, Brooklyn, NY | D | Rent | P1 | R | | | | | |
| 16. Rental Property Newport, VT | D | Rent | N | R | Buy | 05/15/18 | N | A | CBA/TGA |
| 17. AXA Equitable Variable Life Policy (SeeVIII) | B | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Aim Technology | A | Dividend | J | T | | | | | |
| 19.   Sonic Mountain, Inc. | | None | K | U | | | | | |
| 20.   Citibank CD | A | Interest | J | T | | | | | |
| 21.   Spoleto Corp. (See VIII) | C | Interest | N | T | | | | | |
| 22.   Pimco Total Return Fund (Bonds) | C | Interest | M | T | | | | | |
| 23.   Franklin Rising Dividends FD Class A | A | Dividend | L | T | | | | | |
| 24.   Walnut Street Finance, LLC | B | Interest | M | T | | | | | |
| 25.   Military Talent Group, Inc. | | None | P1 | T | | | | | |
| 26.   Airborne Wireless Network | | None | J | T | | | | | |
| 27.   Wilson Davis Account # 1 Header (SeeVIII) | | | | | | | | | |
| 28.   Microsoft | | None | J | T | Buy | 12/15/18 | J | A | |
| 29.   Apple | | None | J | T | Buy | 12/15/18 | J | A | |
| 30.   JP Morgan Chase Brokerage Account # 2 Header (See VIII) (TGA) | | | | | | | | | |
| 31.   ACE Ltd | A | Dividend | | | Sold | 01/15/18 | J | A | |
| 32.   United Overseas Bank Ltd | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 33.   Vermilion Energy Inc | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 34.   Astrazeneca | A | Dividend | J | T | Sold | 01/15/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Roche Holdings | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 36. | Smiths Group PLC | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 37. | BHP Ltd | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 38. | BNP Paribas | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 39. | BOCHong Kong Holdings | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 40. | British American Tobacco | A | Distribution | J | T | Sold | 01/15/18 | J | A | |
| 41. | Deutsche Telecom | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 42. | Diageo PLC - Sponsored ADR | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 43. | Engie | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 44. | Glaxo Smith Kline | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 45. | Imperial Brands PLC | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 46. | ING Groep NV - Sponsored | | None | | | Sold | 01/15/18 | J | A | |
| 47. | Japan Tobacco | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 48. | JPM Tax Free | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 49. | Nestles SA | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 50. | Nippon Tel. | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 51. | Novartis | A | Dividend | J | T | Sold | 01/15/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Amon, Carol B.** | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Orkla ASA | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 53. Royal Dutch Shell PLC | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 54. Siemans Ag. | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 55. Singapore Telecom | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 56. Sonic Healthcare Ltd | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 57. SSE PLC (See VIII) | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 58. Statoil ASA | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 59. Telefonica Brasil SA | | None | | | Sold | 01/15/18 | J | A | |
| 60. PT Telekomunikasi Ind | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 61. Total SA | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 62. Unilever NV | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 63. Vodafone Group, PLC | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 64. Zurich Insurance Group | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 65. Honda Motors | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 66. UBS Group | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 67. BCE Inc. | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 68. BAE Systems | A | Dividend | J | T | Sold | 01/15/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. ABB Ltd | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 70. Manulife Financial Corp. | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 71. MMC Norilsk Nickel PJSC | | None | J | T | Sold | 01/15/18 | J | A | |
| 72. Chevron | A | Dividend | | | Sold | 01/15/18 | J | A | |
| 73. CME Group, Inc. | A | Dividend | | | Sold | 01/15/18 | J | A | |
| 74. Republic Services Inc. | A | Dividend | | | Sold | 01/15/18 | J | A | |
| 75. U S Bancorp | | None | | | Sold | 01/15/18 | J | A | |
| 76. JP Morgan Brokerage Account # 3 Header(CBA) | | | | | | | | | |
| 77. Treas Money Market | A | Dividend | L | T | Buy | 01/15/18 | J | | |
| 78. Advanced Semiconductor | A | Dividend | | | Sold | 01/15/18 | J | A | |
| 79. Smurfit Karpa Group | A | Dividend | | | Sold | 01/15/18 | J | A | |
| 80. NN Group NV | A | Dividend | | | Sold | 01/15/18 | J | A | |
| 81. Muenchener | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 82. Allianz SE | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 83. Daimler AG | A | Dividend | J | T | Sold | 01/15/18 | J | A | |
| 84. Michelin Co. | A | Dividend | | | Sold | 01/15/18 | J | A | |
| 85. JP Morgan Advisory (See VII) HorizenAccount (CBA) # 4 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 10/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Invesco Asia Pacific Growth | A | Dividend | J | T | | | | | |
| 87. IShares Russell 2000 ETF | A | Dividend | K | T | | | | | |
| 88. IShares New York Muni Bond | A | Dividend | J | T | | | | | |
| 89. IShares IBOXX $ High Yield CorporateBond ETF | A | Dividend | J | T | | | | | |
| 90. IShares Select Dividend ETF | A | Dividend | J | T | | | | | |
| 91. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | | | | | |
| 92. Pimco High Yield Fund Instl Cl | A | Dividend | J | T | | | | | |
| 93. Vanguard S&P 500 ETF | A | Dividend | K | T | | | | | |
| 94. Vanguard Total Bond Market ETF | A | Dividend | J | T | | | | | |
| 95. Powershares QQQ Trust Series 1 | A | Dividend | L | T | | | | | |
| 96. Guggenheim S&P 500 Equal Weight ETF | A | Dividend | K | T | | | | | |
| 97. JP Morgan Deposit Acct A | A | Interest | J | T | | | | | |
| 98. DoubleLine FDS TR | A | Dividend | K | T | | | | | |
| 99. Invesco Exchange Traded Fund | A | Dividend | J | T | Buy | 07/23/18 | J | A | |
| 100. JPM 100% U.S. Treas. Sec. MM | A | Interest | J | T | Buy | 07/23/18 | L | A | |
| 101. NYS 529 College Savings Account (SeeVIII) | A | Dividend | J | T | Buy | 01/31/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part VII

Item 1 - IRA Accts Citibank, B'klyn, NY - Fidelity Advisor Stock Selector All Cap Fund Class A

Item 4 - Merrill Lynch CMA Account (CBA) - Master Account Holding Items 5 - 11

Item 9 - Market value of vested options less exercise on 12/31/18.

Item 13 - Passumpsic Bank - Newport, VT - Account opened on 5/15/18.

Item 16 - Rental property located in City of Newport, Chittendon County, Vermont, inherited in 1994.  Value at date acquired - $200,000.

Item 17. AXA Equitable Variable Life Insurance Policy - Incentive Legacy III.

Item 21.  Management Asset Account (TGA)

Item 27 - Asset Management/Consulting Company.

Item 30 - Managed Asset Account (TGA)

Item 76 -  Managed Asset  Brokerage Account - (JPMorgan Securities) (CBA)

Item 85 - Advisory Horizen Account - (JPMorgan Securities) (CBA)

Item 101 - Investment with Vanguard Aggressive Growth Funds

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol B. Amon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544